IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GANN PROPERTIES, LP,
A Limited Partnership,

      Plaintiff,　　　　　　　　　　　No. CIV S-11-2676 KJM EFB PS

  vs.

NAUSHAD ALI,

      Defendant.　　　　　　　　　　ORDER
_____/

      On October 12, 2011, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

      The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

      Accordingly, IT IS ORDERED that:

      1. The Findings and Recommendations filed October 12, 2011, are ADOPTED.

/////

1

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of San Joaquin.

3. The Clerk is directed to close the case.

DATED: March 7, 2012.

_____
UNITED STATES DISTRICT JUDGE